Opinion filed September 12, 1931.

Elliott W. Major and Pope & Driemeyer, for appellants. McGlynn & McGlynn, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

Alex Ruggeri and Charles Ruggeri, trading as Ruggeri Brothers, appellants, v. Chicago, Burlington & Quincy Railroad Company, appellee.

Opinion filed September 12, 1931.

A. D. Morgan and J. Roy Browning, for appellants. Hart & Hart and Sidney F. Blanc, for appellee; J. C. James, of counsel.

Mr. Justice Fulton delivered the opinion of the court.

Fred Waters, appellee, v. Sinclair Refining Company, appellant.

Opinion filed September 12, 1931.

William R. Allen and Harry Faulkner, for appellant. No appearance for appellee.

Mr. Justice Fulton delivered the opinion of the court.

Jefferson S. Bush, appellee, v. Nathan Mathes, trading as Tri-City Finance Company, appellant.

Opinion filed September 12, 1931.

M. R. Sullivan, for appellant. Terry, Gueltig & Powell, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

William Howlett, appellee, v. Missouri Pacific Railroad Company, appellant.

Opinion filed September 12, 1931.

Whitnel & Browning, Dan McGlynn, Jr., and J. R. McMurdo, for appellant; Edw. J. White, of counsel. Louis Beasley and Edward C. Zulley, for appellee.

Mr. Justice Fulton delivered the opinion of the court.